IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAMEON VANKEIS AARON                                                                               PLAINTIFF

vs.                                          Case No. 4:11CV0084 JMM

ROBERT L. TIDWELL, JR., ET AL.                                                              DEFENDANTS

**ORDER**

Plaintiff Kameon Aaron, proceeding *pro se*, brings this civil action contending that while he has been incarcerated, the defendants stole his Federal and State tax refund checks, used his identity to open bank accounts in other states without his consent, and forged his signature on the stolen tax refund checks. Plaintiff seeks leave to proceed *in forma pauperis*.

Plaintiff previously filed this cause of action on December 28, 2010, Civil Docket # 4:10CV02062. The Court dismissed Plaintiff's complaint on January 12, 2011 for lack of jurisdiction. Plaintiff has now filed this action, stating that he failed to offer proof in support of his prior claim. Plaintiff's claim fails for the same reasons set forth in the Court's previous order.

For the reasons set forth in the Court's Order granting Plaintiff's motion to proceed *in forma pauperis* and dismissing Plaintiff's Complaint in Case No. 4:10CV02062, docket entry # 4, the Court finds and orders as follows:

1.  Plaintiff's motion for leave to proceed *in forma pauperis* is GRANTED (#1);

2.  Plaintiff civil claims of fraud and theft are not based upon federal questions of law. Moreover according to the complaint, plaintiff and defendants are residents of Arkansas. Thus, this Court does not have jurisdiction over plaintiff's complaint.[1]

---

[1] Because Plaintiff makes allegations of theft and forgery related to a federal tax refund check, he may make a claim to the Internal Revenue Service ("IRS") under 31 U.S.C. § 3331 or to the United States Department of Treasury under 31 U.S.C. § 3343. 31 U.S.C. § 3331 allows the IRS to issue substitute checks upon the IRS's determination that the original check is lost, stolen, or

      3.      Plaintiff's motion to appoint counsel is DENIED (#3).

IT IS FURTHER ORDERED that the Clerk shall not issue process or cause process to issue upon the complaint because this Court does not have jurisdiction over plaintiff's complaint and the complaint is dismissed. Judgment will be entered accordingly.

DATED this 11th day of February, 2011.

_____
James M. Moody
United States District Judge

---

destroyed. 31 U.S.C. § 3343 allows the United States Department of Treasury to issue replacement checks from the Check Forgery Insurance Fund to taxpayers once the IRS determines that the payee's endorsement was forged.